United States District Court
Northern District of Indiana

| | |
|---|---|
| United States of America<br>Plantiff<br><br>vs<br><br>Thomas Hamet<br>Defendant | case number: 3:17CR29-001<br>USM number: 16997-027<br><br>-FILED-<br>JUN 24 2020<br>At _____ M<br>ROBERT N. TRGOVICH, Clerk<br>U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF INDIANA |

## Motion to Appoint Attorney
(with supporting information included)

Now comes the defendant Thomas Hamet; the defendant is respectfully requesting the United States District Court of the Northern District of Indiana to appoint a Federal Public / Federal Community Defender to case number: 3:17CR29-001 for the purpose of filing a compassionate release 3582c1A which allows the defendant to directly petition a district court for a sentence reduction "after the defendant has fully exhausted all administrative rights to appeal (which defendant has as of 6-10-20) a failure of the BOP to bring a motion on the defendants behalf or the lapse of 30 days from the reciept of such a request by a warden of the defendants facility (Milan, MI FCI) which ever is earlier" if a defendant fully exhausts administrative remedies, the court may reduce the defendants sentence after considering the factors set forth in;

pg 1 of 4

Case Number: 3:17 cR 29-001
USM number: 16997-027

18 USC § 3553A to the extent they are applicable, if the court finds that "extraordinary and compelling reasons warrant such a reduction." The defendant wishes to provide a outline of a few thing that will and might help the court make a quick and justified ruling. The defendant is 41yr old has since birth asthma, a heart murmur (echo of the heart beat) has extensive family history of Heart and lung problems (mom passed away in 2012 of a bad heart value (mitral valve) which stops blood from entering the lung she also had a heart murmur, and conjestive heart failure mothers, Father and mother both passed from same issues. Defendants father is having major heart problems and lung issues. defendant also has hypertension, severe varicose viens and nerve problems in feet & legs with possiable circulation problems, anxiety, ulcears and acid reflux. The defendant is currently in the RDAP program but the program has been on hold for going on 4mn and no estimated time of starting back (court recommended RDAP and defendant is not entitled to the 1year time reduction due to crime but defendant willingly enrolled) The defendant has completed all reentry recommendations on his reentry plan. Worked at Unicor for almost 2years perfect work record, currently awaiting enrollment in Jackson College but covid 19 pandemic has stopped all such jobs and schools, courses perfect behavior record

[pg 2 of 4]

Case number: 3:17 CR 29-001
USM number: 16997-027

defendants sentence was on 2-13-18 of 84 months with an outdate of 3-19-23 (without RRC/Halfway house) or (Home confinment) with RRC as early as 3-21-22 and no later than 9-20-22, with RRC & Home confiment possiably the court could release the defendant this year of 2020 with any and all court restrictions, the defendant has 2 places to release to in Indiana, ① Tara Hatton (sister) 58464 cr 13 Elkhart IN 46516  574-206-6406 works at Wally Zimmerman Mill Funeral Home - funeral Director ② Roger Good (uncle) 23155 Heaton Vista St. Apt 2 Elkhart IN 46514  574-333-7610 also have several other family and adult children to release to if nessecary. Family will help and provide for my medical needs once released also will have gainful employment in first 30 days of release I am a electrical lineman have several skills. with all this being said, the number of inmates currently positive for covid 19 is 3 inmates 11 staff, (www.bop.gov/coronavirus) 67 recovered inmates 45 recovered staff most of which were from my unit. so the risk to me is not speculative and my sentence of 84 months (71.2 months to serve @ 85%) was not a death sentence and I pray the court see's that it is cruel and unusual punishment to keep me in a BOP prison facility when I could provide payment for my own incarceration on Home Confinement and Halfway House.

pg 3 of 4

Case number: 3:17 CR 29-001
USM number: 16997-027

also defendant would like the court to know he has a handicapped grandson and defendant wants to prove to society, Family, Himself, & Courts he can be a positive role model and productive member of society futher more The defendants prays the court finds Justice will be served by reducing the sentence immediately under the 18 USC § 3553 A or appoint counsel to represent the defendant in this matter, see 28 USC § 1915 e 1" the court may request an attorney to represent any person unable to afford counsel. see also United States (v) Harris 568 F. 3d 666, 669 (8th cir 2009) per curiam there is no right to counsel under the ~~constitutional~~ Criminal Justice Act. in Proceeding brought pursuant to 18 USC § 3582 C 2 appointment of counsel is at the disercretion of District Judge and I agree I just pray with the extenuating issues with the covid 19 pandemic I get some relief. I the defendant has done everything that the court, AUSA and BOP has asked of me before sentencing and after and have faith in the US District Court system that I am a person who could show that Rehabilitation is Possible in the BOP and I thank You for Your Time. Respectfully

Thomas Hamet 6-24-20

I declare under the penalty of perjury that the foregoing is true and correct
 Hamet #16997-027 6-24-20

Thomas Hamet 6-24-20
Thomas Hamet #16997-027
FCI Milan
Po Box 1000
Milan, MI 48160

may also contact case Mgr. kirk @ 734-439-1511 for Mr. Hamet #16997-027   pg 4 of 4