```
                    RECEIPT - ADMINISTRATIVE REMEDY



DATE: SEPTEMBER 28, 2021




FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MILAN FCI

TO  : THOMAS HAMET, 16997-027
      MILAN FCI    UNT: G UNT DRUG    QTR: G05-214U



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1090491-F2
DATE RECEIVED   : SEPTEMBER 20, 2021
RESPONSE DUE    : OCTOBER 10, 2021
SUBJECT 1       : OTHER COMMUNITY PROGRAMS
SUBJECT 2       : OTHER LEGAL
```

Exhibit "1-A"

```
                REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 10, 2021



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MILAN FCI

TO  : THOMAS HAMET, 16997-027
      MILAN FCI    UNT: G UNT DRUG    QTR: G01-105U
      P.O. BOX 9999
      MILAN, MI 48160



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1090491-F1       ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : AUGUST 10, 2021
SUBJECT 1       : OTHER LEGAL
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 3: SEE REMARKS.

REMARKS         : YOU DID NOT SUBMIT A COPY OF YOUR RIS REQUEST FILED
                  IN 2020.
```



**Received at FCI Milan in the Institutional Mail**

**On Thursday, August 26th, 2021 @1200 hrs**

**D. Swetz, A/G/H Unit Counselor/** _(signature)_



Exhibit "1-B"

Pg 1 of 3

Attachment B/Part 1
FCI/FDC Milan, Michigan
Attempt at Informal Resolution

REMEDY # _____

Inmate's Name: __Thomas Hamet__

Registration Number: # __16997-027__   Housing Unit: __G__ -UNIT TEAM

### ATTEMPT AT INFORMAL RESOLUTION:

1. Briefly state the complaint and requested corrective actions.

I asked the BOP to either file a motion for reduction of my sentence pursuant to the First Step Act, 18 USC 3582(c), or else give me permission to do it. Staff have graciously agreed that pursuant to my request for informal resolution, I now have "the keys to the courthouse" to file my own motion immediately. I am authorized to so state within the body of my motion. Government lawyers responding to my motion then would not claim that I haven't exhausted administrative remedies, since I have done that successfully.

Case no: 3:17-cr-00029-RLM-MGG
US (vs) Thomas Hamet.

2. Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved.

I asked the BOP to either file a motion for reduction of my sentence pursuant to the First Step Act, 18 USC 3582(c), or else give me permission to do it. Staff have graciously agreed that pursuant to my request for informal resolution, I now have "the keys to the courthouse" to file my own motion immediately. I am authorized to so state within the body of my motion. Government lawyers responding to my motion then would not claim that I haven't exhausted administrative remedies, since I have done that successfully.

Inmate Signature: __Thomas Hamet__   Date: __7-27-21__

Inmate Printed Name: __Thomas Hamet__

Unit Counselor Signature: _____   Date: _____

Unit Counselor Printed Name: _____

*MUST SUBMIT DIRECTLY TO ^UNIT TEAM^ TO PROCESS.

Exhibit "1-B"

Pg 2 of 3

**RESPONSE TO REQUEST FOR REDUCTION IN SENTENCE**  September 10, 2020
**HAMET, Thomas**  G Unit
**Reg. No: 16997-027**  RIS Request

Your request for Compassionate Release/Reduction in Sentence (RIS) has been reviewed pursuant to 18 U.S.C. 3582 (c)(1)(A). We will not be pursuing a request for compassionate release in your case.

A review of your request reveals you have submitted a request for a reduction in sentence based on inmates with an extraordinary or compelling circumstances.

Program Statement 5050.50, states a request for a motion under 18 U.S.C. 4205(g) or 3582(c)(1)(A) shall be submitted to the Warden. Ordinarily, the request shall be in writing, and submitted by the inmate. An inmate may initiate a request when there are particularly extraordinary or compelling circumstances which could not be reasonably have been foreseen by the court at the time of sentencing. You are making your request based on COVID-19 alone.

The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus and taking extraordinary measures to contain it. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public.

RIS requests based on the COVID-19 virus alone do not meet the criteria outlined in the paragraph above. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or possibly contracting COVID-19 does not currently warrant an early release.

Accordingly, your Request for Reduction in Sentence is denied. In the event you are not satisfied with this response and wish to appeal, you may contact your Unit Team to initiate an appeal in accordance with the Administrative Remedy Program. Please note, this appeal process begins with a BP-9 (Warden level).

I trust this addresses your concerns.

_____  9/28/20
Jonathan Hemingway, Warden  Date

Exhibit "1-B"

Pg 3 of 3

Delivered on 10/7/20

```
                    RECEIPT - ADMINISTRATIVE REMEDY



DATE: SEPTEMBER 28, 2021



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MILAN FCI

TO  : THOMAS HAMET, 16997-027
      MILAN FCI    UNT: G UNT DRUG    QTR: G05-214U


THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID        : 1094793-F1
DATE RECEIVED    : SEPTEMBER 20, 2021
RESPONSE DUE     : OCTOBER 10, 2021
SUBJECT 1        : OTHER COMMUNITY PROGRAMS
SUBJECT 2        : OTHER LEGAL
```



Exhibit "2"

TRULINCS 16997027 - HAMET, THOMAS - Unit: MIL-G-A

---

FROM: 16997027
TO: MIL/RISCoordinator
SUBJECT: ***Request to Staff*** HAMET, THOMAS, Reg# 16997027, MIL-G-A
DATE: 08/03/2021 10:50:27 PM

To: WARDEN J.HEMINGWAY
Inmate Work Assignment: UNICOR

I REQUEST A MOTION PURSUANT TO 18 USC 3582(c), EXPERTLY DRAFTED BY AN EXPERIENCED LAWYER, UTILIZING ALL THE BEST POTENTIAL ARGUMENTS FOR ALL PROPER RELIEF, INCLUDING BUT NOT LIMITED TO SENTENCE LENGTH OR SECURITY LEVEL, FROM THE LEAST TO THE GREATEST ARGUABLY AVAILABLE UNDER THE LAW. I REQUEST OPPORTUNITY TO CONSULT, DISCUSS, AND EXPLAIN, SO THAT MY INTERESTS ARE WELL REPRESENTED AND EXPERTLY ARGUED BY COUNSEL RAISING THE BEST AND MOST MERITORIOUS ISSUES, CONFIDENTIALLY DISCUSSED BETWEEN A LAWYER WHO TREATS ME AS CLIENT AND MAINTAINS APPROPRIATE CONFIDENTIALITY. IF I AM NOT TO BE ACCORDED THE USE OF COUNSEL AT GOVERNMENT EXPENSE, PLEASE LET ME PREPARE AND FILE MY OWN MOTION.

Exhibit "3"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS HAMET<br><br>Defendant. | CASE NUMBER: 3:17CR29-001<br>USM Number: 16997-027<br><br>DAVID A WEMHOFF<br>DEFENDANT'S ATTORNEY |

## JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to counts 1, 3 of the Indictment on 9/27/2017.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Ended | Count Number(s) |
|---|---|---|
| 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE | February 3, 2017 | 1 |
| 18:924(c) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME WITH FORFEITURE ALLEGATION | February 3, 2017 | 3 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 2 of the Indictment is dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

February 13, 2018
Date of Imposition of Judgment

/s/ Robert L. Miller, Jr.
Signature of Judge

Robert L. Miller, Jr., United States District Judge
Name and Title of Judge

February 13, 2018
Date



Exhibit "4"    Pg 1 of 6

Defendant: THOMAS HAMET  
Case Number: 3:17CR29-001  
Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 months on Count 1 and 60 months on Count 3, with the terms to be served consecutively, for an aggregate term of **84 months.**

The Court makes the following recommendations to the Bureau of Prisons:

The Court recommends that the Bureau of Prisons designate as the place of the defendant's confinement, consistent with the defendant's security classification as determined by the Bureau of Prisons, a facility where the defendant might participate in the Residential Drug Abuse Program, and as near as reasonably possible to his family in **North Carolina**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____,
with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By: _____  
DEPUTY UNITED STATES MARSHAL

pg 2 of 6



Exhibit "4"

Defendant: THOMAS HAMEL
Case Number: 3:17CR29-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years** subject to the following conditions:

The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

## CONDITIONS OF SUPERVISION

1. The defendant shall not commit another federal, state, or local crime.

2. The defendant shall not unlawfully possess a controlled substance.

3. The defendant shall not unlawfully use any controlled substance, including marijuana, and shall submit to one drug test within 15 days of the beginning of supervision and at least 2 periodic tests after that for use of a controlled substance. *This is a mandatory condition required in every case.*

4. The defendant shall cooperate with the probation officer with respect to the collection of DNA.

5. The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you become unemployed, change your employer, position or location of employment, you must tell the probation officer within 72 hours of the change. If after 90 days you do not find employment you must complete at least 10 hours of community service per week until employed or participate in a job skills training program approved and directed by your probation officer.

6. The defendant shall report to the probation officer in the manner and as frequently as court or the probation officer directs, and shall notify the probation officer within 48 hours of any change in residence, and within 72 hours of being arrested or questioned by a police officer.

7. The defendant shall not travel knowingly outside the district without the permission of the probation officer, who shall grant such permission unless the travel would hinder the defendant's rehabilitation or present a public safety risk.

8. The defendant shall answer truthfully any inquiry by the probation officer pertaining to the defendant's supervision and conditions of supervision, and shall follow the instruction of the probation officer pertaining to the defendant's supervision and conditions of supervision. This condition does not prevent the defendant from invoking the Fifth Amendment privilege against self-incrimination.

9. The defendant shall permit a probation officer to meet the defendant at home or any other reasonable location and shall permit confiscation of any contraband the probation officer observes in plain view. The probation officer shall not conduct such a visit

pg 3 of 6



Exhibit "4"

USDC IN/ND case 3:17-cr-00029-RLM-MGG   document 72   filed 02/13/18   page 4 of 6

Defendant: THOMAS HAMET
Case Number: 3:17CR29-001
Page 4 of 6

between the hours of 11:00 p.m. and 7:00 a.m. without specific reason to believe a visit during those hours would reveal information or contraband that wouldn't be revealed through a visit during regular hours.

10. The defendant shall not meet, communicate, or otherwise interact with persons whom defendant knows to be engaged or planning to be engaged in criminal activity.

11. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon (meaning an instrument designed to be used as a weapon and capable of causing death or serious bodily harm).

12. Unless an assessment at the time of release from imprisonment or commencement of probation indicates participation to be unnecessary, the defendant shall participate in a substance abuse treatment program or aftercare program. The court will receive notification of such assessment. The defendant shall abide by all treatment program requirements and restrictions, consistent with the conditions of the treatment provider. The defendant will be required to participate in drug and /or alcohol testing, not to exceed 85 drug and/or alcohol tests per year. Upon the request of the defendant, treatment provider, or probation, the court may revise those conditions. While under supervision, the defendant shall not consume alcoholic beverages. The defendant shall pay all or a part of the costs for participation in the program, not to exceed the sliding fee scale as established by the Department of Health and Human Services and adopted by this court. Failure to pay these costs will not be grounds for revocation unless the failure is willful.

pg 4 of 6

Exhibit "4"

Defendant: THOMAS HAMET
Case Number: 3:17CR29-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $200.00 | NONE | NONE |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

No restitution imposed.

pg 5 of 6

Exhibit "4"

Defendant: THOMAS HAMET
Case Number: 3:17CR29-001

Name: <u>THOMAS HAMET</u>
Docket No.:<u>3:17CR29-001</u>

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

    Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

    I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein. These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)

_____        _____
Defendant                                                             Date


_____        _____
U.S. Probation Officer/Designated Witness         Date



pg 6 of 6



Exhibit "4"

```
MILBB   540*23 *          SENTENCE MONITORING          *   10-30-2020
PAGE 001        *          COMPUTATION DATA             *   15:46:12
                           AS OF 10-30-2020

REGNO..: 16997-027 NAME: HAMET, THOMAS


FBI NO............: 299906MB6            DATE OF BIRTH: 05-28-1979 AGE: 41
ARS1..............: MIL/A-DES
UNIT..............: G UNT DRUG            QUARTERS.....: G01-105U
DETAINERS.........: NO                    NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 09-19-2022

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-19-2023 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: INDIANA, NORTHERN DISTRICT
DOCKET NUMBER....................: 3:17CR29-001
JUDGE............................: MILLER
DATE SENTENCED/PROBATION IMPOSED: 02-13-2018
DATE COMMITTED...................: 04-11-2018
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $200.00         $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY: NO  SERVICES: NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:   383     21:841 SCH II NON-NARCOTIC
OFF/CHG: 21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE
         METHAMPHETAMINE CT 1

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 02-03-2017




G0002       MORE PAGES TO FOLLOW . . . .
```

Pg 1 of 3
Exhibit "5"

```
MILBB  540*23  *           SENTENCE MONITORING          *     10-30-2020
PAGE 002       *           COMPUTATION DATA             *     15:46:12
                           AS OF 10-30-2020

REGNO..: 16997-027 NAME: HAMET, THOMAS


-------------------------CURRENT OBLIGATION NO: 020 -------------------------
 OFFENSE CODE....:  130      18:924(C) FIREARMS LAWS         FSA INELIGIBLE
 OFF/CHG: 18:924(C) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG
          TRAFFICKING CRIME WITH FORFEITURE ALLEGATION CT 3

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE..:     60 MONTHS
  TERM OF SUPERVISION.............:      3 YEARS
  DATE OF OFFENSE.................: 02-03-2017

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-10-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-24-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN...........: 02-13-2018
AGGREGATED SENTENCE PROCEDURE....: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT.............:     84 MONTHS
TOTAL TERM IN EFFECT CONVERTED...:      7 YEARS
AGGREGATED TERM OF SUPERVISION...:      3 YEARS
EARLIEST DATE OF OFFENSE.........: 02-03-2017

JAIL CREDIT......................:     FROM DATE     THRU DATE
                                       02-03-2017    02-27-2017
                                       04-26-2017    02-12-2018




G0002       MORE PAGES TO FOLLOW . . .
```

Pg 2 of 3

Exhibit "5"

```
MILBB   540*23 *           SENTENCE MONITORING          *   10-30-2020
PAGE 003 OF 003 *            COMPUTATION DATA           *   15:46:12
                             AS OF 10-30-2020

REGNO..: 16997-027 NAME: HAMET, THOMAS


TOTAL PRIOR CREDIT TIME..........: 318
TOTAL INOPERATIVE TIME...........: 0
TOTAL GCT EARNED AND PROJECTED..: 378
TOTAL GCT EARNED.................: 162
STATUTORY RELEASE DATE PROJECTED: 03-19-2023
ELDERLY OFFENDER TWO THIRDS DATE: 11-30-2021
EXPIRATION FULL TERM DATE.......: 03-31-2024
TIME SERVED.....................:        3 YEARS      6 MONTHS     30 DAYS
PERCENTAGE OF FULL TERM SERVED..:   51.1
PERCENT OF STATUTORY TERM SERVED:   60.0

PROJECTED SATISFACTION DATE.....: 03-19-2023
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS........: 1-10-20 UPDATED PURSUANT TO FSA T/ARL




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Pg 3 of 3

Exhibit "5"

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Bureau of Prisons
## Psychology Services
## Group Participation

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | HAMET, THOMAS | | | **Reg #:** | 16997-027 |
| **Date of Birth:** | 05/28/1979 | **Sex:** M | **Facilitator:** | (P)White, K. DTS | |
| **Date:** | 09/08/2014 | **Group Facility:** MIL | **Group Title:** | [48] White's Group | |

**Status:** Completed
**Enroll Date:** 03/09/2020  **End Date:** 06/14/2021
**Total Hours:** 587.83

## SESSION DATA:

**Number of Sessions:** 66  **First Session Date:** 03/13/2020  **Last Session Date:** 06/11/2021

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 06/11/2021 | Weekly Group Participation (RDAP Retreat) | 780 | Incomplete Session | Good | Satisfactory |
| 06/04/2021 | Weekly Group Participation (Holiday) | 780 | Incomplete Session | Good | Satisfactory |
| 05/28/2021 | Weekly Group Participation | 975 | Complete Session | Good | Satisfactory |
| 05/21/2021 | Weekly Group Participation | 975 | Complete Session | Good | Not Apply |
| 05/14/2021 | Weekly Group Participation | 975 | Complete Session | Good | Not Apply |
| 05/07/2021 | Weekly Group Participation (Medical Emergency) | 780 | Incomplete Session | Good | Not Apply |
| 04/30/2021 | Weekly Group Participation | 975 | Complete Session | Fair | Satisfactory |
| 04/23/2021 | Weekly Group Participation | 975 | Complete Session | Good | Not Apply |
| 04/16/2021 | Weekly Group Participation | 975 | Complete Session | Good | Satisfactory |
| 04/09/2021 | Weekly Group Participation (Lockdown Census) | 885 | Incomplete Session | Fair | Satisfactory |
| 04/02/2021 | Weekly Group Participation (Mattress Exchange) | 710 | Incomplete Session | Fair | Satisfactory |
| 03/26/2021 | Weekly Group Participation | 975 | Complete Session | Fair | Not Apply |
| 03/19/2021 | Weekly Group Participation | 975 | Complete Session | Fair | Not Apply |
| 03/12/2021 | Weekly Group Participation | 975 | Complete Session | Fair | Satisfactory |
| 03/05/2021 | Weekly Group Participation (Recall Delayed Start) | 900 | Incomplete Session | Fair | Not Apply |
| 02/26/2021 | Weekly Group Participation | 975 | Complete Session | Fair | Not Apply |
| 02/19/2021 | Weekly Group Participation (Holiday) | 585 | Incomplete Session | Fair | Not Apply |
| 02/12/2021 | Weekly Group Participation (No Water in Unit) | 855 | Incomplete Session | Fair | Not Apply |
| 02/05/2021 | Weekly Group Participation (No Group 2/1) | 780 | Incomplete Session | Fair | Not Apply |
| 01/29/2021 | Weekly Group Participation (COVID-19 Lockdown) | 0 | Absent Excused | Not Apply | Not Apply |
| 01/22/2021 | Weekly Group Participation (Holiday & COVID-19 Lockdown) | 0 | Absent Excused | Not Apply | Not Apply |
| 01/15/2021 | Weekly Group Participation (Unit Quarantine & SHU Detain.) | 250 | Incomplete Session | Fair | Not Apply |
| 01/08/2021 | Weekly Group Participation (Medical Emerg. & Staff Shortage) | 495 | Incomplete Session | Fair | Not Apply |
| 01/01/2021 | Weekly Group Participation (Holiday & Shakedown) | 585 | Incomplete Session | Fair | Not Apply |
| 12/25/2020 | Weekly Group Participation (Holidays & Cell Inspections) | 450 | Incomplete Session | Good | Satisfactory |
| 12/18/2020 | Weekly Group Participation (No Group 12/15) | 780 | Incomplete Session | Fair | Satisfactory |
| 12/11/2020 | Weekly Group Participation (Flooding in Unit) | 870 | Incomplete Session | Fair | Satisfactory |

Exhibit "6"

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HAMET, THOMAS | | | Reg #: | 16997-027 |
| Date of Birth: | 05/28/1979 | Sex: M | Facilitator: (P)White, K. DTS | | |
| Date: | 09/08/2014 | Group Facility: MIL | Group Title: [48] White's Group | | |

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 12/04/2020 | Weekly Group Participation | 975 | Complete Session | Good | Satisfactory |
| 11/27/2020 | Weekly Group Participation (Holiday) | 585 | Incomplete Session | Fair | Not Apply |
| 11/20/2020 | Weekly Group Participation | 975 | Complete Session | Fair | Satisfactory |
| 11/13/2020 | Weekly Group Participation (Holiday) | 630 | Incomplete Session | Fair | Satisfactory |
| 11/06/2020 | Weekly Group Participation (Shakedown/Staff Shortage) | 720 | Incomplete Session | Fair | Not Apply |
| 10/30/2020 | Weekly Group Participation (Early Lunch Call) | 885 | Incomplete Session | Fair | Satisfactory |
| 10/23/2020 | Weekly Group Participation | 830 | Incomplete Session | Fair | Satisfactory |
| 10/16/2020 | Weekly Group Participation (Staff Shortage) | 630 | Incomplete Session | Fair | Not Apply |
| 10/09/2020 | Weekly Group Participation | 900 | Complete Session | Fair | Not Apply |
| 10/02/2020 | Weekly Group Participation (Lunch Interruption) | 885 | Incomplete Session | Fair | Not Apply |
| 09/25/2020 | Weekly Group Participation (Census & Retreat) | 645 | Incomplete Session | Fair | Not Apply |
| 09/18/2020 | Weekly Group Participation (Holiday) | 720 | Incomplete Session | Fair | Not Apply |
| 09/11/2020 | Weekly Group Participation (Holiday) | 720 | Complete Session | Fair | Not Apply |
| 09/04/2020 | Weekly Group Participation | 900 | Complete Session | Fair | Not Apply |
| 08/28/2020 | Weekly Group Participation | 705 | Complete Session | Fair | Not Apply |
| 08/21/2020 | Weekly Group Participation | 915 | Complete Session | Fair | Not Apply |
| 08/14/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 180 | Incomplete Session | Good | Not Apply |
| 08/07/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 240 | Incomplete Session | Good | Not Apply |
| 07/31/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 120 | Complete Session | Good | Not Apply |
| 07/24/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 60 | Complete Session | Fair | Not Apply |
| 07/17/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 60 | Complete Session | Not Apply | Not Apply |
| 07/10/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 60 | Complete Session | Fair | Not Apply |
| 07/02/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 60 | Complete Session | Good | Not Apply |
| 06/26/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 60 | Complete Session | Not Apply | Not Apply |
| 06/19/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 60 | Incomplete Session | Good | Not Apply |
| 06/12/2020 | Weekly Group Participation (COVID-19 Modified Ops) | 0 | Absent Excused | Not Apply | Not Apply |
| 06/05/2020 | Weekly Group Participation (Nationwide Lockdown) | 0 | Absent Excused | Not Apply | Not Apply |
| 05/29/2020 | Weekly Group Participation (COVID-19 Interruptions) | 0 | Absent Excused | Not Apply | Not Apply |
| 05/22/2020 | Weekly Group Participation (COVID-19) | 120 | Incomplete Session | Fair | Not Apply |
| 05/15/2020 | Weekly Group Participation (COVID-19 Nat'l Stay in Shelter) | 0 | Absent Excused | Not Apply | Not Apply |
| 05/08/2020 | Weekly Group Participation (COVID-19 Nat'l Stay in Shelter) | 0 | Absent Excused | Not Apply | Not Apply |
| 05/01/2020 | Weekly Group Participation (COVID-19 Nat'l Stay in Shelter) | 0 | Absent Excused | Not Apply | Not Apply |

Generated 06/16/2021 15:56 by White, K. DTS    Bureau of Prisons - MIL    Page 2 of 3


Exhibit "6"

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | HAMET, THOMAS | | | **Reg #:** | 16997-027 |
| **Date of Birth:** | 05/28/1979 | **Sex:** M | **Facilitator:** | (P)White, K. DTS | |
| **Date:** | 09/08/2014 | **Group Facility:** MIL | **Group Title:** | [48] White's Group | |

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 04/24/2020 | Weekly Group Participation (COVID-19 Nat'l Stay In Shelter) | 0 | Absent Excused | Not Apply | Not Apply |
| 04/17/2020 | Weekly Group Participation (COVID-19 Nat'l Lockdown) | 0 | Absent Excused | Not Apply | Not Apply |
| 04/10/2020 | Weekly Group Participation (COVID-19 Nat'l Lockdown) | 0 | Absent Excused | Not Apply | Not Apply |
| 04/03/2020 | Weekly Group Participation (COVID-19 Nat'l Lockdown) | 120 | Incomplete Session | Not Apply | Not Apply |
| 03/27/2020 | Weekly Group Participation (COVID-19 Interruptions) | 165 | Incomplete Session | Fair | Not Apply |
| 03/20/2020 | Weekly Group Participation (COVID-19) | 270 | Incomplete Session | Fair | Not Apply |
| 03/13/2020 | Weekly Group Participation (RDAP Staff Retreat) | 840 | Incomplete Session | Fair | Satisfactory |

| **Attendance** | | **Participation** | | **Homework** | |
|---|---|---|---|---|---|
| Complete Session Present | 34.8 % | Good | 22.7 % | Not Apply | 74.2 % |
| Incomplete Session Excused | 48.5 % | Fair | 56.1 % | Satisfactory | 25.8 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 16.7 % | Not Apply | 21.2 % | | |
| Absent Not Excused | 0.0 % | | | | |

Exhibit 6