UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cause No. 3:17-CR-29(1) RLM-MGG |
| | ) | |
| THOMAS HAMET | ) | |

ORDER

Thomas Hamet filed a motion under 18 U.S.C. § 3582(c)(1) contending that he can't get "adequate treatment" for his medical and dental needs in prison, and asking the court to reduce his sentence to time served, change his security classification, or allow him to serve the remainder of his sentence on home detention, so that he can pursue other treatment options.

Access to non-emergency medical and dental care is undoubtedly more restricted than before lockdowns were imposed to curb the spread of COVID-19, but Mr. Hamet's stated reasons for seeking a sentence reduction fall far short of the extraordinary and compelling reasons required under 18 U.S.C. § 3582(c)(1)(A)(i), aren't supported by the record, and don't provide a viable basis for reconsidering the court's prior assessment of the factors set forth in 18 U.S.C. § 3553(a) in determining an appropriate sentence.

Accordingly, Mr. Hamet's motion to reduce his sentence [Doc. No. 126] is DENIED.

SO ORDERED.

ENTERED:  November 22, 2021

/s/ Robert L. Miller, Jr.
Judge
United States District Court

cc:    Thomas Hamet